ORIGINAL

FILED

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0024

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0024

---

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MATTHEW ANDREW SOTTO,

Defendant and Appellant.

---

ORDER

Chad Wright, Appellate Defender, petitions for an out-of-time appeal for Matthew Andrew Sotto from the order entered on November 4, 2022, by the Eighth Judicial District Court, Cascade County, in Cause No. CDC 21-601. The Attorney General's Office does not object to this motion.

Wright asserts that Sotto did not decide to appeal his conviction until near the end of the 60-day time period for filing notices of appeal. M. R. App. P. 4(5)(b). Sotto's trial attorney quickly referred Sotto's case to the Appellate Defender Division (ADD) but there was insufficient time for ADD to file the Notice of Appeal timely.

Wright asserts that it would be unjust to deny Sotto the right to appeal in these circumstances.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that the Office of Appellate Defender shall have 30 days from the date of this Order within which to prepare, file, and serve a Notice of Appeal

and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 17th day of January, 2023.

_____
Chief Justice

_____
_____
_____
_____
Justices